IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00407-CMA-KLM

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-18,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Doe #12's Motion to Quash the Subpoena** [Docket No. 16; Filed March 26, 2012] (the "Motion"). Defendant Doe #12's Motion is signed with an "X" over the signature block indicating "John Doe #12, Pro Se Defendant." [#16] at 2, 3, 17, and 18.

    Pursuant to Fed. R. Civ. P. 11(a),

    Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Absent permission from the Court to proceed anonymously, Defendant Doe #12 must comply with Fed. R. Civ. P. 11(a) and all other applicable Federal and Local Rules. *Green v. Dorell*, 969 F.2d 915, 917 (10th Cir. 1992) (*Pro se* litigants "must follow the same rules of procedure that govern other litigants.").

    Dated: March 28, 2012