IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-00407-CMA-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-18,

    Defendants.

---

## ORDER OF DISMISSAL

---

With the filing of Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Does 1, 2, 6, 7, 8, 9, 10, 13, 14 and 15 (Doc. # 34), filed June 6, 2012, all Defendant John Does 1-18 have been dismissed. Therefore, it is

ORDERED that this case is now DISMISSED in its entirety.

DATED: October  04 , 2012

                                      BY THE COURT:

                                      */s/ Christine M. Arguello*

                                      CHRISTINE M. ARGUELLO
                                      United States District Judge