IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00407-CMA-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-18,

    Defendants.

---

### ORDER OF DISMISSAL

---

With the filing of Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Does 1, 2, 6, 7, 8, 9, 10, 13, 14 and 15 (Doc. # 34), filed June 6, 2012, all Defendant John Does 1-18 have been dismissed. Therefore, it is

ORDERED that this case is now DISMISSED in its entirety.

DATED: October   04  , 2012

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge